IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES WILSON,

    Plaintiff,

v.  No. CV 16-604 MCA/CG

DENISE R. GONZALES, et al.,

    Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 21), filed May 4, 2018. In the PFRD, the Chief Magistrate Judge recommended that summary judgment in Defendants' favor be granted and that Plaintiff Charles Wilson's *Complaint*, (Doc. 1), and *Amended Complaint*, (Doc. 5), be dismissed with prejudice. (Doc. 21 at 22-23). The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* at 23. No objections have been filed and the deadline of May 18, 2018, has passed. The recommendations of the Chief Magistrate Judge are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that summary judgment in Defendants' favor is **GRANTED**, and Plaintiff's *Complaint*, (Doc. 1), and *Amended Complaint*, (Doc. 5), are **DISMISSED WITH PREJUDICE.**

_____
THE HONORABLE M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE